MARCUS COHEN and another *vs.* M. KROELL.

December 22, 1879.

Decision of the court below on a motion to vacate an attachment affirmed.

Appeal by plaintiffs from an order of the district court for Ramsey county, dissolving an attachment.

*Davis, O'Brien & Wilson*, for appellants.

*Giddings & Lane*, for respondent.

GILFILLAN, C. J. Upon reading the affidavits on the motion to vacate the attachment, we see no reason to disagree with the decision of the court below.

Order affirmed.